# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of October, two thousand twenty-five.

_____

Avalon Holdings Corporation,

    Plaintiff - Appellee,

  v.

Guy Gentile,

    Defendant – Appellant.
_____
_____

New Concept Energy, Inc.,

    Plaintiff - Appellee,

  v.

Guy Gentile,

    Defendant – Appellant.
_____

**ORDER**

Docket No. 25-2436

Docket No. 25-2471

    IT IS HEREBY ORDERED that the above-captioned appeals shall proceed in tandem.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

