25-2436

Guy Gentile
P.O. Box 504377
Dubai, United Arab Emirates

**MANDATE**

Case: 25-2436, 01/08/2026, DktEntry: 28.1, Page 1 of 1

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand twenty-five,

Avalon Holdings Corporation,

       Plaintiff - Appellee,

v.

Guy Gentile,

       Defendant - Appellant,

MintBroker International, Ltd., John Does 1 thru 10,

       Defendants.

**ORDER**
Docket No. 25-2436

A notice of appeal was filed on October 2, 2025. The filing fee of $605.00 was due to be paid to the district court by October 16, 2025. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective December 3, 2025, unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/08/2026



Case: 25-2436, 03/12/2026, DktEntry: 29.1, Page 3 of 3

CLERK'S OFFICE
**U.S. COURT OF APPEALS**
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

NEW YORK NY 100

13 JAN 2026 PM 7 L

FIRST-CLASS INTERNATIONAL

US POSTAGE PITNEY BOWES

ZIP 10007
02 7W
0008043023 JAN. 09. 2026
$001.70

NIXIE       190   CE 1                     0183/09/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 100071501        *1745-01390-13-39